**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARK J. CERCIELLO,            :   No. 448 MAL 2015

            Respondent      :

                                :   Petition for Allowance of Appeal from

              v.                  :   the Order of the Commonwealth Court

                                :

UNEMPLOYMENT COMPENSATION    :
BOARD OF REVIEW,              :

            Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.